SETH D. HILTON (SB #181899)
seth.hilton@stoel.com
BAO M. VU (SB #277970)
bao.vu@stoel.com
STOEL RIVES LLP
Three Embarcadero Center, Suite 1120
San Francisco, CA 94111
Telephone: 415.617.8900
Facsimile: 415.617.8907

SARAH E. KOZAL (SB #313043)
sarah.kozal@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

Attorneys for Plaintiff
Enfinity CentralVal 2 Parlier LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENFINITY CENTRALVAL 2 PARLIER LLC, | Case No. 2:19-cv-01607-MCE-KJN |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS |
| v. | |
| CITY OF PARLIER, CALIFORNIA, | |
| Defendant. | |

## ORDER

The Request to Seal submitted by Plaintiff Enfinity Central Val 2 Parlier LLC ("Plaintiff") is hereby GRANTED.

Pursuant to Local Rule 141, the following document will be filed under seal:

- Solar Energy Services Agreement and Easement, dated October 6, 2010, identified as Exhibit A to Plaintiff's Complaint; and
- July 19, 2019 letter from counsel for Plaintiff to counsel for Defendant, identified as Exhibit H to Plaintiff's Complaint.

The total number of pages submitted under seal is 456 (48 pages in Exhibit A and 408 pages in Exhibit H).

IT IS SO ORDERED.

Dated: August 21, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

# DECLARATION OF SERVICE

I declare that I am over the age of eighteen years and not a party to this action. I am employed in the City and County of San Francisco and my business address is Three Embarcadero Center, Suite 1120, San Francisco, California 94111.

On August 19, 2019, at San Francisco, California, I served the attached document(s):

[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS

on the following parties:

Neal E. Costanzo, Esq. *Attorneys for Defendant*
Costanzo & Associates *City of Parlier, California*
575 E. Locust Avenue, Suite 115
Fresno, CA 93720
Phone: (559) 261-0163
Fax: (559) 261-0706
Email: neal@costanzolaw.com

☐ **BY FIRST CLASS MAIL:** I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the U.S. Postal Service. In the ordinary course of business, correspondence would be deposited with the U.S. Postal Service on the day on which it is collected. On the date written above, following ordinary business practices, I placed for collection and mailing at the offices of Stoel Rives LLP, Three Embarcadero Center, Suite 1120, San Francisco, California 94111, a copy of the attached document in a sealed envelope, with postage fully prepaid, addressed as shown on the service list. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in this declaration.

☐ **BY HAND DELIVERY:** On the date written above, I placed a copy of the attached document in a sealed envelope, with delivery fees paid or provided for, and arranged for it to be delivered by messenger that same day to the office of the addressee, as shown on the service list.

☐ **BY EMAIL:** On the date written above, I emailed a copy of the attached documents to the addressee, as shown on the service list.

☒ **BY OVERNIGHT MAIL:** I am readily familiar with my employer's practice for the collection and processing of correspondence for overnight delivery. In the ordinary course of business, correspondence would be deposited in a box or other facility regularly maintained by the express service carrier or delivered to it by the carrier's authorized courier on the day on which it is collected. On the date written above, following ordinary business practices, I placed for collection and overnight delivery at the offices of Stoel Rives LLP, Three Embarcadero Center, Suite 1120, San Francisco, California 94111, a copy of the attached document in a sealed envelope, with delivery fees prepaid or provided for, addressed as shown on the service list.

☐ **(Federal Courts Only)** I declare that I am employed in the office of a member of this court at whose direction this service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on August 19, 2019, at San Francisco, California.

_____
Sharon R. Witkin