SETH D. HILTON (SB #181899)
seth.hilton@stoel.com
BAO M. VU (SB #277970)
bao.vu@stoel.com
STOEL RIVES LLP
Three Embarcadero Center, Suite 1120
San Francisco, CA 94111
Telephone: 415.617.8900
Facsimile: 415.617.8907

SARAH E. KOZAL (SB #313043)
sarah.kozal@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 447-0700
Facsimile: (916) 447-4781

Attorneys for Plaintiff
Enfinity CentralVal 2 Parlier LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENFINITY CENTRALVAL 2 PARLIER LLC,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PARLIER, CALIFORNIA,<br><br>Defendant. | Case No. 2:19-cv-01607-MCE-KJN<br><br>STIPULATION TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS; ORDER THEREON |

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO MODIFY BRIEFING
SCHEDULE FOR MOTION TO DISMISS;
ORDER THEREON
103792411.1 0067413-00004

-1-

2:19-CV-01607-MCE-KJN

**STIPULATION TO MODIFY BRIEFING SCHEDULE FOR MOTION TO DISMISS**

Pursuant to Civil L.R. 143, Plaintiff Enfinity Central Val 2 Parlier LLC ("Plaintiff") and Defendant City of Parlier, California ("Defendant"), by and through their respective undersigned counsel of record, hereby stipulate and agree to the following:

WHEREAS, on August 19, 2019, Plaintiff filed its Complaint in this action;

WHEREAS, on September 12, 2019, Defendant filed its Motion to Dismiss, set for hearing on October 17, 2019;

WHEREAS, on September 16, 2019, the Court issued a Minute Order vacating the hearing on the Motion to Dismiss and ordering the Motion to Dismiss submitted without appearance and argument, and the opposition and reply deadlines to remain in accordance with the original hearing date;

WHEREAS, Plaintiff's opposition to the Motion to Dismiss is due to be filed on or before October 3, 2019, and Defendant's reply is due to be filed on or before October 10, 2019;

WHEREAS, Plaintiff and Defendant are engaged in settlement discussions in a good faith effort to avoid a motion for a preliminary injunction, among other disputes, and respectfully submit that continuing the current briefing schedule on the Motion to Dismiss will facilitate the same and consequently further promote the interest of judicial economy; and

WHEREAS, the parties have not previously requested a modification to the briefing schedule.

///
///
///
///
///
///
///
///
///

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO MODIFY BRIEFING SCHEDULE FOR MOTION TO DISMISS; ORDER THEREON

-2-

2:19-CV-01607-MCE-KJN

103792411.1 0067413-00004

NOW, THEREFORE, Plaintiff and Defendant agree, stipulate, and respectfully pray that the Court adopt this Stipulation, thereby modifying and extending the briefing schedule on the Motion to Dismiss such that Plaintiff's opposition shall be filed on or before October 21, 2019, and Defendant's reply, if any, shall be filed on October 28, 2019.

IT IS SO STIPULATED.

DATED: October 1, 2019　　　　　　　　STOEL RIVES LLP

By: /s/Bao M. Vu
SETH D. HILTON
BAO M. VU
SARAH E. KOZAL
Attorneys for Plaintiff
Enfinity CentralVal 2 Parlier LLC

DATED: October 1, 2019　　　　　　　　COSTANZO & ASSOCIATES

By: /s/Neal E. Costanzo (as authorized on October 1, 2019)
NEAL E. COSTANZO
Attorneys for Defendant
City of Parlier, California

## **ORDER**

In accordance with the foregoing stipulation of the parties, and good cause appearing, the briefing schedule on the Motion to Dismiss is hereby modified such that Plaintiff's opposition shall be filed on or before October 21, 2019, and Defendant's reply, if any, shall be filed on October 28, 2019.

IT IS SO ORDERED.

DATED: October 3, 2019

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE