SETH D. HILTON (SB #181899)
seth.hilton@stoel.com
BAO M. VU (SB #277970)
bao.vu@stoel.com
STOEL RIVES LLP
Three Embarcadero Center, Suite 1120
San Francisco, CA 94111
Telephone: 415.617.8900
Facsimile: 415.617.8907

JACOB GOLDBERG (SB #310862)
jacob.goldberg@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

Attorneys for:
Plaintiff and Counter-Defendants
Enfinity CentralVal 2 Parlier LLC and
Silicon Ranch Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ENFINITY CENTRALVAL 2 PARLIER LLC, | Case No. 2:19-cv-01607-MCE-KJN |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS** |
| v. | |
| CITY OF PARLIER, CALIFORNIA, | |
| Defendant. | |
| CITY OF PARLIER, a municipal corporation, | Complaint filed: August 19, 2019 |
| Counter-Claimant, | Trial Date: None Set |
| v. | District Judge: Morrison C. England, Jr. |
| ENFINITY CENTRAL VAL 2 PARLIER LLC, a California limited liability company; and SILICON RANCH CORPORATION, a Delaware corporation, | Magistrate Judge: Kendal J. Newman |
| Counter-Defendants. | |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Plaintiff Enfinity Central Val 2 Parlier LLC's ("Plaintiff") Request to Seal Documents is |
| 3 | hereby GRANTED. |
| 4 | Pursuant to Local Rule 141, the following documents will be filed under seal: |
| 5 | • Solar Energy Services Agreement and Easement, dated October 6, 2010, identified |
| 6 | as Exhibit A to Plaintiff's First Amended Complaint; and |
| 7 | • July 19, 2019 letter from counsel for Plaintiff to counsel for Defendant, identified |
| 8 | as Exhibit H to Plaintiff's First Amended Complaint. |
| 9 | The total number of pages submitted under seal is 456 (48 pages in Exhibit A and 408 |
| 10 | pages in Exhibit H). |
| 11 | This sealing order shall remain in effect for one (1) year following the date this order is |
| 12 | electronically signed. Any request to extend sealing should be made before that period expires. |
| 13 | IT IS SO ORDERED. |
| 14 | Dated: June 1, 2021 |

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE