NEAL E. COSTANZO	SBN122352
MICHAEL G. SLATER	SBN 247302
COSTANZO & ASSOCIATES
575 EAST LOCUST AVENUE, SUITE #115
FRESNO, CALIFORNIA 93720
TELEPHONE (559) 261-0163
FACSIMILE (559) 261-0703

Attorneys for: CITY OF PARLIER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENFINITY CENTRAL VAL 2 PARLIER LLC, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF PARLIER, CALIFORNIA, <br><br><br> Defendants. | Case No.: 2:19-cv-01607-MCE-KJN <br><br> **STIPULATION AND ORDER MODIFYING INITIAL PRE-TRIAL SCHEDULING ORDER** |

    IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES HERETO THROUGH THEIR RESPECTIVE ATTORNEYS that the initial pre-trial scheduling order entered in this case on August 20, 2019, shall be modified and amended as follows:

    1.    The deadline for the completion of discovery, the discovery cut-off date, is determined by reference to the filing of the last answer in the case and is, given the date of that filing, currently June 3, 2022.  The last date to conduct discovery pursuant to the

================================================================================

**STIPULATION AND ORDER MODIFYING INTITAL PRE-TRIAL SCHEDULING ORDER**

1

Federal Rules of Civil Procedure shall be extended from June 3, 2022 to and including August 2, 2022.

2. The dates for disclosure of expert witnesses, completion of expert witness discovery, and the filing of dispositive motions shall be determined by reference to the August 2, 2022, discovery cut-off date but shall otherwise remain as provided for by the initial pre-trial scheduling order which results in extending those dates by 60 days, the amount of time by which the discovery cut-off date has been extended by this stipulation for modification of the court's initial pre-trial scheduling order.

Dated: April 25, 2022            By: _____ Neal E. Costanzo
                                         Neal E. Costanzo, Attorney for
                                         Defendant, City of Parlier

Dated: April 25, 2022            By: _____ Bao Vu
                                         Bao Vu, Attorney for Plaintiff, Enfinity
                                         Central Val 2 Parlier LLC

**ORDER**

On reading of the stipulation of the parties and good cause appearing, the initial pre-trial scheduling order is hereby modified so as to extend the date for the completion of discovery from June 3, 2022, to August 2, 2022, and to extend by a like amount of time, the deadline for disclosure of expert witnesses, expert witness discovery, and for the filing of dispositive motions.

IT IS SO ORDERED.

Dated: April 28, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

================================================================

**STIPULATION AND ORDER MODIFYING INTITAL PRE-TRIAL SCHEDULING ORDER**

2