SETH D. HILTON (SB #181899)
seth.hilton@stoel.com
BAO M. VU (SB #277970)
bao.vu@stoel.com
STOEL RIVES LLP
1 Montgomery Street, Suite 3230
San Francisco, CA 94104
Telephone: 415.617.8900
Facsimile: 415.617.8907

JACOB GOLDBERG (SB #310862)
jacob.goldberg@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

Attorneys for Plaintiff
Enfinity CentralVal 2 Parlier LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENFINITY CENTRALVAL 2 PARLIER LLC, | Case No. 2:19-cv-01607-MCE-KJN |
| Plaintiff, | STIPULATION FOR ORDER OF DISMISSAL; ORDER |
| v. | |
| CITY OF PARLIER, CALIFORNIA, | |
| Defendant. | |

**STIPULATION FOR ORDER OF DISMISSAL**

This Stipulation for Order of Dismissal ("Stipulation") is entered into by and among Plaintiff, Enfinity Central Val 2 Parlier LLC ("Plaintiff") and Defendant City of Parlier, California ("Defendant"), through their respective counsel of record ("Plaintiff" and "Defendant" are hereinafter referred to as the "Parties").

WHEREAS, Plaintiff filed its Complaint on August 19, 2019 [ECF 1] (the "Action").

WHEREAS, Defendant filed its Answer and Counterclaim on June 25, 2020 [ECF 27-28].

WHEREAS, Plaintiff filed its First Amended Complaint on May 19, 2021 [ECF 39].

WHEREAS, Defendant filed its Answer to the First Amended Complaint on June 3, 2021 [ECF 43].

WHEREAS, the Parties participated in mediation on May 13, 2022.

WHEREAS, the Parties dispute the claims, counterclaims and defenses at issue in the Action and desiring to compromise and settle the claims and matters arising therefrom between them, without admitting any claims of the other party and expressly denying all claims made by the other party, have entered into a Settlement Agreement and Mutual Release ("Settlement Agreement") to resolve the disputed claims in the Action.

WHEREAS, the Parties have agreed to request the dismissal with prejudice of the claims and counterclaims in the Action in the form of the Proposed Order:

IT IS HEREBY STIPULATED AND AGREED THAT:

1. The Parties agree to execute this Stipulation wherein the above-entitled Court is requested to enter the enclosed Proposed Order and to retain jurisdiction over the parties following dismissal of the Action as provided herein for the purpose of interpretation and enforcement of the terms and conditions of the Settlement Agreement.

2. The Parties agree that the Action shall be dismissed, with prejudice as to all Parties.

///

///

///

3. Pursuant to the Settlement Agreement and this dismissal, each Party agrees to bear its own attorneys' fees and costs.

DATED: August 18, 2022.        STOEL RIVES LLP

By: */s/ Jacob Goldberg*
SETH D. HILTON
BAO M. VU
JACOB C. GOLDBERG
Attorneys for Plaintiff
Enfinity CentralVal 2 Parlier LLC

DATED: August 18, 2022.        COSTANZO & ASSOCIATES

By: */s/ Neal E. Costanzo*
NEAL E. COSTANZO
Attorneys for Defendant
City of Parlier, California

## ORDER

The Court has reviewed the Parties' Stipulation for Order of Dismissal ("Stipulation"), GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED AND DECREED, as follows:

1. Pursuant to the Stipulation of the parties, the Court hereby retains jurisdiction over the Parties to enforce the Settlement Agreement;

2. The Action is hereby ordered DISMISSED with prejudice as to all parties;

3. Each party shall bear its own costs and attorneys' fees; and

4. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: August 23, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE